No. 16,843.

KUGLER, DOING BUSINESS AS UNITED MATERIALS
*v.* TIMPTE BROS. INC.
(254 P. [2d] 430)

Decided February 24, 1953.   Rehearing denied March 16, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. HAROLD B. WAGNER, Mr. CARL A. WYERS, for plaintiff in error.

Mr. FORREST C. NORTHCUTT, for defendant in error.